## IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVERN CHARLES FASTHORSE,
Petitioner,

vs.

THE STATE OF NEVADA; GOVERNOR
BRIAN SANDOVAL; AND SHERIFF
JOE LOMBARDO,
Respondents.

No. 71378

FILED

NOV 1 7 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for extraordinary relief. Petitioner argues the charges against him are unlawful and the State of Nevada is without jurisdiction to prosecute him. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.020; NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.360. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Lavern Charles Fasthorse
      Attorney General/Carson City
      Clark County District Attorney

16-35956